**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Sincere Ja Ray Dinkins, Appellant.

Appellate Case No. 2019-001763

———————

Appeal From Sumter County
Thomas L. Hughston, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-198
Submitted March 1, 2022 – Filed May 18, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Kathrine Haggard Hudgins, of
Columbia, and Sincere Ja Ray Dinkins, pro se, both for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and
review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to
be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.